UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK



JUDGMENT IN A CIVIL CASE

Mohammed Muktadir,
    Plaintiff,

VS                                    CV-12-2184(FB)

Bevacco, Inc., and Peter Sclafani
        Defendants.

Jury verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED THAT PLAINTIFF SHALL RECOVER NOTHING FROM THE DEFENDANTS AND THE COMPLAINT IS DISMISSED IN IT'S ENTIRETY.

9/16/14
DATE

DOUGLAS PALMER
CLERK OF THE COURT

(By) DEPUTY CLERK