# Helbraun Levey & O'Donoghue, LLP - Account Activity Report

Starting : 9/1/2012 | Ending : 9/16/2014 | Client : Kristen Hallett | Matter : All | Account Manager : All | Group By : Client/Matter

| Date | Item Detail | Description | Credit Amount | Debit Amount | Balance |
|---|---|---|---|---|---|
| **Kristen Hallett - Client General Accounting** | | | | | |
| 09/17/2012 | Invoice:22265 | Multiple invoice batch | | $630.00 | $1,225.00 |
| 10/23/2012 | Invoice:22451 | Multiple invoice batch | | $3,290.00 | $3,290.00 |
| 11/14/2012 | Invoice:22559 | Multiple invoice batch | | $850.00 | $4,140.00 |
| 02/15/2013 | Invoice:23194 | Multiple invoice batch | | $752.50 | $752.50 |
| 03/18/2013 | Invoice:23357 | Multiple invoice batch | | $1,277.50 | $2,030.00 |
| 06/13/2013 | Invoice:24072 | Multiple invoice batch | | $1,055.00 | ($1,819.00) |
| 07/11/2013 | Invoice:24236 | July Billing | | $1,139.00 | ($680.00) |
| 09/16/2014 | | Outstanding Balance | $680.00 | | |

Invoiced: $8,994.00
Debit Adjustments: $0.00
Credit Adjustments: $0.00
Account Credit: ($680.00)

| Date | Item Detail | Description | Credit Amount | Debit Amount | Balance |
|---|---|---|---|---|---|
| **Kristen Hallett - General Legal** | | | | | |
| 09/16/2013 | Invoice:24587 | September Billing | | $70.00 | $70.00 |
| 11/11/2013 | Invoice:24977 | Billing November 2013 | | $180.00 | $250.00 |
| 06/12/2014 | Invoice:27067 | June 2014 | | $1,350.00 | $1,600.00 |

Invoiced: $1,600.00
Debit Adjustments: $0.00
Credit Adjustments: $0.00
Account Balance Due: $0.00

| Date | Item Detail | Description | Credit Amount | Debit Amount | Balance |
|---|---|---|---|---|---|
| **Kristen Hallett - Litigation** | | | | | |
| 04/12/2013 | Invoice:23560 | Multiple invoice batch | | $962.50 | $962.50 |
| 05/13/2013 | Invoice:23796 | Multiple invoice batch | | $840.00 | $1,802.50 |
| 08/14/2013 | Invoice:24392 | August 2013 Billing | | $420.00 | $1,167.50 |
| 09/16/2013 | Invoice:24586 | September Billing | | $87.50 | $1,255.00 |
| 10/11/2013 | Invoice:24759 | October Billing | | $1,140.00 | $2,395.00 |
| 11/11/2013 | Invoice:24976 | Billing November 2013 | | $5,155.00 | $5,155.00 |
| 12/16/2013 | Invoice:25314 | December Billing (sent) | | $690.00 | $5,845.00 |
| 01/14/2014 | Invoice:25540 | January Billing | | $1,107.50 | $6,952.50 |
| 02/18/2014 | Invoice:25835 | Multiple invoice batch | | $5,652.50 | $12,605.00 |
| 03/05/2014 | Invoice:25906 | New Retainer/ Rcvd checks 03/05 | | $637.50 | $6,290.00 |
| 03/13/2014 | Invoice:26025 | March 2014 | | $780.00 | $7,070.00 |
| 04/10/2014 | Invoice:26389 | April 2014 | | $3,621.65 | $10,691.65 |
| 05/14/2014 | Invoice:26789 | May 2014 | | $1,760.00 | $5,381.65 |
| 06/12/2014 | Invoice:27068 | June 2014 | | $500.00 | $5,881.65 |
| 09/12/2014 | Invoice:28182 | September billing | | $16,960.00 | $16,960.00 |
| 09/16/2014 | | Outstanding Balance | | $16,960.00 | |

Invoiced: $40,314.15
Debit Adjustments: $0.00
Credit Adjustments: $0.00
Account Balance Due: $16,960.00

# Helbraun Levey & O'Donoghue, LLP - Account Activity Report

Starting : 9/1/2012 | Ending : 9/16/2014 | Client : Kristen Hallett | Matter : All | Account Manager : All | Group By : Client/Matter

## Kristen Hallett - LL Renewals

| Date | Invoice | Description | Amount | Balance |
|---|---|---|---|---|
| 05/13/2013 | Invoice:23718 | Multiple invoice batch | $319.00 | $319.00 |
| 09/16/2013 | Invoice:24588 | September Billing | $319.00 | $0.00 |
| 10/11/2013 | Invoice:24760 | October Billing | $70.00 | ($319.00) |
| 11/11/2013 | Invoice:24978 | Billing November 2013 | $299.00 | ($20.00) |
| 12/11/2013 | Invoice:25170 | December Billing (trial #1) | $20.00 | $0.00 |

**Invoiced: $1,027.00**
**Debit Adjustments: $0.00**
**Credit Adjustments: $0.00**
**Account Balance Due: $0.00**

## Kristen Hallett - Mohammed Federal Case

| Date | Invoice | Description | Amount | Balance |
|---|---|---|---|---|
| 12/15/2012 | Invoice:22638 | Multiple invoice batch | $752.50 | $752.50 |

**Invoiced: $752.50**
**Debit Adjustments: $0.00**
**Credit Adjustments: $0.00**
**Account Balance Due: $0.00**

### Totals for Kristen Hallett

**Invoiced: $52,687.65**
**Debit Adjustments: $0.00**
**Credit Adjustments: $0.00**
**Account Balance Due: $16,280.00**

# Helbraun Levey & O'Donoghue, LLP - Account Activity Report

Starting : 1/1/2011 | Ending : 9/23/2014 | Client : Kristen Hallett | Matter : Litigation | Account Manager : All | Group By : Account Isolation Setting

| Date | Item Detail | Description | Credit Amount | Debit Amount | Balance |
|---|---|---|---|---|---|
| **Kristen Hallett - Litigation** | | | | | |
| 03/14/2011 | Payment:1160 (chk#:1) | Split Payment: | $1,090.00 | | ($1,090.00) |
| 03/14/2011 | Payment:1160 (chk#:1) | Split Payment: | $480.00 | | ($1,570.00) |
| 07/03/2013 | Payment:3368 (chk#:2378) | Split Payment: | $962.50 | | $840.00 |
| 07/03/2013 | Payment:3368 (chk#:2378) | Split Payment: | $87.50 | | $752.50 |
| 07/03/2013 | Payment:3368 (chk#:2378) | Split Payment: | $5.00 | | $747.50 |
| 10/29/2013 | Payment:3841 (chk#:2637) | Split Payment: | $840.00 | | $1,555.00 |
| 10/29/2013 | Payment:3841 (chk#:2637) | Split Payment: | $415.00 | | $1,140.00 |
| 10/29/2013 | Payment:3841 (chk#:2637) | Split Payment: | $1,140.00 | | $0.00 |
| 02/20/2014 | Payment:4332 (chk#:2848) | Split Payment: | $5,155.00 | | $7,450.00 |
| 02/20/2014 | Payment:4332 (chk#:2848) | Split Payment: | $690.00 | | $6,760.00 |
| 02/20/2014 | Payment:4332 (chk#:2848) | Split Payment: | $1,107.50 | | $5,652.50 |
| 04/24/2014 | Payment:4642 (chk#:2947) | Split Payment: | $780.00 | | $9,911.65 |
| 04/24/2014 | Payment:4642 (chk#:2947) | Split Payment: | $5,652.50 | | $4,259.15 |
| 04/24/2014 | Payment:4642 (chk#:2947) | Split Payment: | $637.50 | | $3,621.65 |
| 06/18/2014 | Payment:4947 | Split Payment: | $3,621.65 | | $2,260.00 |
| 06/18/2014 | Payment:4947 | Split Payment: | $1,760.00 | | $500.00 |
| 06/18/2014 | Payment:4947 | Split Payment: | $500.00 | | $0.00 |
| 09/23/2014 | | Unbilled Activity | | $600.00 | |
| 09/23/2014 | | Outstanding Balance | | $16,960.00 | |

**Payments: $24,924.15**
**Debit Adjustments: $0.00**
**Credit Adjustments: $0.00**
**Unbilled: $600.00**
**Balance w/Unbilled: $17,560.00**
**Account Balance Due: $16,960.00**

# Helbraun Levey & O'Donoghue, LLP - Account Activity Report

Starting : 1/1/2011 | Ending : 9/23/2014 | Client : Kristen Hallett | Matter : General Legal | Account Manager : All | Group By : Client/Matter

| Date | Item Detail | Description | Credit Amount | Debit Amount | Balance |
|---|---|---|---|---|---|
| **Kristen Hallett - General Legal** | | | | | |
| 03/14/2011 | Payment:1160 (chk#:1) | Split Payment: | $315.00 | | ($315.00) |
| 03/14/2011 | Payment:1160 (chk#:1) | Split Payment: | $115.00 | | ($430.00) |
| 05/03/2011 | Payment:1262 (chk#:1901) | Split Payment: | $140.00 | | ($570.00) |
| 08/01/2014 | Payment:5164 (chk#:3154) | Split Payment: | $70.00 | | $1,530.00 |
| 08/01/2014 | Payment:5164 (chk#:3154) | Split Payment: | $180.00 | | $1,350.00 |
| 08/01/2014 | Payment:5164 (chk#:3154) | Split Payment: | $1,350.00 | | $0.00 |

**Payments: $2,170.00**
**Debit Adjustments: $0.00**
**Credit Adjustments: $0.00**
**Unbilled: $0.00**
**Balance w/Unbilled: $0.00**
**Account Balance Due: $0.00**